IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:13cr73-RLV

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| DARYL RASHEED HEIGHT | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon Defendant's Third Motion To Continue Docket Call (Doc.#12) from the March 3, 2014, criminal term, in the Statesville Division. Moreover, the Defendant has filed a Motion To Suppress With Memorandum Incorporated Hearing Requested. (Doc.# 14)

For the reasons stated in Defendant's Motion to Continue and upon a showing that defense counsel has not had sufficient time within which to adequately prepare in this case, taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** The Court further finds that the ends of justice served by taking such action as requested by the Defendant outweigh the best interest of the public and the Defendant to a speedy trial.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for a continuance is **GRANTED**. This case is hereby continued from the March 2014, criminal term in the Statesville Division to the May 5, 2014, criminal term in the Statesville Division, and will be the _final_ continuance granted by this Court in this matter. **IT IS, FURTHER ORDERED** that the Clerk's Office schedule a Suppression Hearing for April 21, 2014 at 2:30p.m. at the Statesville Courthouse, in Statesville, North Carolina.

Signed: February 6, 2014

Richard L. Voorhees
United States District Judge